THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE **Civil 5.4, 7.1 (b)(1)**
(Rule Number/Section)

# UNITED STATES FEDERAL COURT DISTRICT OF ARIZONA

Resident/Occupant
5214 E. Nicholas Pl.
Scottsdale, AZ. 85254-1199

CV-24-01547-PHX-DMF

TO: Said named parties & Legal Counsel

United States District Court-Debra D. Lucas

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 1 0 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## MOTION to DISMISS
### Faulty improper Summons

In response to summon of service to civil action, said notice was improperly service and respectively notice all parties as named in improper summon due hereby request court authorities to hold a hearing with full, fair proof of compliance and witness by a jury or legal counsel injured party to ascertain reasonable true proof that one unidentified person server and be under oath available for direct cross examination after deposing as permitted by law. Upon a fair and legal review of summons all named person or persons within improper summon complain respectfully plea that full dismissal of motion is within rule of law. Under Federal rules by code Rule 4.10 and Rule 42 (f) within Order V Rule 2 and Order VIII of Rule 1 courts. Further damages and or cost awarded to victim person or persons for act of bait & switch ploy. Improper Summons list only a case number without court room or named trial Judge, summons fails to list a signature by clerk as required by rules of

law. All improper violation is subject to a clear and present danger of fraud. Document used herein relating or referring as viewed in violation of judicial Civil proceeding. Motion seeks a fair and clear ruling by court on what appear to be bait and switch with regards to each as untrue or true and illegal or legal summons. As unfit by Rule 4. as prescribes in Fed civil due process.

                                                                      **Respectfully submits**

                                                                      **Objection by motion**

Dismissal motion DATED this day of July_____ , 2024

Notice to Plaintiff of record hereby certifies COPY OF MOTION was mailed (July_____, 2024) By USPS mail signature required

BACAL LAW Group P.C.
Sean D. Garrison (AZ. Bar No. 014436)
6991 E. Camelback, Rd.
Suite D-102
Scottsdale, AZ, 85251

United States District Court
Debra D. Lucas- Clerk
401 W. Washington St.
      SPC-1
Phoenix, AZ, 85003-2118

Improper summons-CV 24-0547 PHX-DMF motion reply/answer notice