# UNITED STATES FEDERAL DISTRICT COURT

for the

District of Arizona

CV-24-01547-PHX-DMF

Presiding Judge unknown

Phong H. Dinh, individual and d/b/a Jewelry and watch co. Jensen Dinh, and Victoria Lue
5214 E. Nicholas Pl.
Scottsdale, AZ. 85254

Civil Action No. 24-015447-PHX-DMF

Court room unknown

Summon to Defendant(s)

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 1 9 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

MOTION-Amended

DISMISS CIVIL COMPLAINT SUMMONS

Answers Thereto CV-24-015447-PHX-DMF

Plaintiff has disregarded RULE 4. of Federal due process, by this meritless civil complaint, summon reflect immaterial issue. So named person or persons in complaint. As pro se Defendants are absolved by "Disclaimer" and "Return Policy" are standard rules used by majority in trade of like commerce. If it, please the court dismissal of complaint would safely assure probative from fraud and to retain wisdom of counsel and jury trial to hear scheduling of value evidence pursuant to Fed. R. Civ. P. 33.34. and 36 that, Plaintiff has burden to validate substantial admissions, interrogatories, and production of documents (that meet reasonable) for standing of summons. To stipulate Plaintiffs use of vague and irrelevant bundle of papers to allege as evidence by Plaintiff, the unsigned summon by clerk is self-evident with wrong address "is error by evidence" an rules of evidence. Pursuant to Fed. Rule 12 motion to dismiss Plaintiff complaint fails to meet legal stander while failing to omit seller receipt of transaction "reenforced by Disclosure" "or the Return Policy" (the standard) accepted form. As good faith proof of purchases, Plaintiff only present non-extrinsic non-evidence, as argumentative without substantive as so required by summons, and display lack of fair relevance to Rule. Defendant plea for dismissal Plaintiff One overlook Plaintiff Two profile as

1.

a criminal leech, grifter or swindler of internet reseller of pre-owned (used) accessories unknown condition of original or not original, despite refunds available with clear policy terms to consumers. Examination of Plaintiff cupidity summons omits such evidence as compliance of long term in good standing. Despite Plaintiff One ducking Rules, compliance is lacking due caution of written objective summons of named investigation with deposition of facts supporting Plaintiff Two hearsay. Due diligence as reasonability of both summons creator and service to comply with full facts to rules. How Bizarre is summon that is linked to criminal hoxes, that fails to follow Rule 4 link to summon of improper, or inadequate standing as cause for Plaintiff blackguard style as illustration of confusion or omission of summon CV- 24-015447 PHX-DMF . A safeguard fraudulent, summons as read, conveys a potential leverage of extortion under Hobbs Act 1951. Plaintiff failed to apprise the merits of claim and possibly rush claim without review creating expensive litigation (without legal standing) in court. Muck like U.S. Federal district ruling on a sheriff Joe Arpaio case No. 14-01966, or his APPEAL NO.14-5325 to dismiss for lack of standing. Defendants answer (reply) amended to former dismissal. Plaintiffs summon is brought under falsehood of standing, improper in attempt to strong arm using irrelevant factors. Since none of the summons meet federal rule standard. Defendant(s) in good faith plea to dismiss strong arm summons tact and sadly forgo DVA proceeds donation due aid to otherwise unnecessary legal defense expenses. Semper fi.

RESPECTFULLY SUBMITTED

By Defendant pro se

2.

## PROOF of MOTION ANSWERS by USPS MAIL

NOTICE:

Declaration pro se senior (stroke survivor) did mail answers as motion in civil summons #CV-24-015447. Defendant in good faith mail Certified Amended motion, signature request a priority required for 2- copies each to the named individuals below as listed on summons by USPS with proper postage, on this date July 17th 2024

**PLAINTIFF COUNSEL**

BACAL LAW Group P.C.
Sean D. Garrison (AZ Bar No.014436)
6991 E. Camelback Rd.
   Suit D-102
Scottsdale, AZ. 85251

**FEDERAL CLERK**

United States District Court
Debra D. Lucas – Clerk
   Spc-1
401 W. Washington St.
Phoenix, AZ. 850003-2118

**PRO-SE Defendant (s)-MAILER**

Phong Dinh
PO BOX 30601
Phoenix, AZ. 85046

3.