**Glenn S. Bacal** (AZ Bar No. 006812)
E-mail: glenn.bacal@bacalgroup.com
**Sean D. Garrison** (AZ Bar No. 014436)
E-mail: sean.garrison@bacalgroup.com
**BACAL LAW GROUP, P.C.**
**D/B/A/ BACAL & GARRISON LAW GROUP**
6991 East Camelback Road, Suite D-102
Scottsdale, Arizona 85251
Telephone: (480) 245-6230
Fax: (480) 245-6231

OF COUNSEL:
**Brian W. Brokate**
E-mail: bwbrokate@gibney.com
**Beth M. Frenchman**
E-mail: bfrenchman@gibney.com
**GIBNEY ANTHONY & FLAHERTY, LLP**
650 Fifth Avenue
New York, New York 10019
Telephone: (212) 688-5151
Fax: (212) 688-8315

*Attorneys for Plaintiffs*
*Rolex Watch U.S.A., Inc. and Tudor Watch U.S.A., LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rolex Watch U.S.A., Inc. and Tudor Watch U.S.A., LLC<br><br>Plaintiffs,<br><br>vs.<br><br>Phong Huy Dinh, as an individual and d/b/a Jewelryandwatch.com, Jensen Dinh, and Victoria Luu<br><br>Defendants. | Case No. CV 24-01547-SMM<br><br>**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT PHONG DINH'S "MOTION-AMENDED DISMISS CIVIL COMPLAINT SUMMONS"** |

Plaintiffs Rolex Watch U.S.A., Inc. and Tudor Watch U.S.A., LLC ("Plaintiffs") are unable to respond meaningfully to Defendant Phong Dinh's "Motion-Amended Dismiss Civil Complaint Summons" (Doc# 16) because it is inscrutable and

1  fails to comply with Fed. R. Civ. P. 7(b)(1) by not stating "with particularity the
2  grounds for seeking the order."  Accordingly, the Court should deny this motion.
3       To the extent this "Motion-Amended" is intended as an amendment or
4  supplement to the previously filed motion (Doc# 12), Plaintiffs have previously
5  responded to that motion (*see* Doc# 15), and proper service on Phong Dinh has been
6  demonstrated by the Affidavit of Service filed on July 11, 2024 (Doc# 13).
7  DATED this 22nd day of July, 2024.

By     s/Sean Garrison/
Glenn S. Bacal (AZ Bar No. 006812)
Sean D. Garrison (AZ Bar No. 014436)
BACAL LAW GROUP, P.C.
D/B/A/ BACAL & GARRISON LAW GROUP
E-mail:  glenn.bacal@bacalgroup.com
E-mail:  sean.garrison@bacalgroup.com
6991 East Camelback Road, Suite D-102
Scottsdale, Arizona 85251
Telephone: (480) 245-6230

GIBNEY ANTHONY & FLAHERTY, LLP
   Brian W. Brokate (admitted pro hac vice)
   Beth M. Frenchman (admitted pro hac vice)

*Attorneys for Plaintiffs*
*Rolex Watch U.S.A., Inc. and Tudor Watch U.S.A., LLC*

<u>Certificate of Service</u>

I certify that a copy of the foregoing document was served this 22nd day of July, 2024 by U.S. First Class Mail to the following persons:

Phong Huy Dinh
P.O. Box 30601
Phoenix, AZ 85046

Paul D. Ticen, Esq.
Paul Ticen Law
3195 South Price Road, Suite 148
Chandler, Arizona 85248
*Attorney for Defendants Jensen Dinh and Victoria Luu*

    s/Sean D. Garrison