# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rolex Watch USA Incorporated, et al., | No. CV-24-01547-PHX-SHD |
| Plaintiffs, | **ORDER** |
| v. | |
| Phong Huy Dinh, et al., | |
| Defendants. | |

The Court has considered the Motion to Withdraw as Counsel of Record, (Doc. [67]). Good cause appearing,

**IT IS ORDERED** granting the Motion to Withdraw, (Doc. [67]), and allowing Samuel Dampt and the law firm of Denton Peterson Dunn, PLLC, to withdraw as attorney of record for Defendant Phong Huy Dinh, effective immediately.

**IT IS FURTHER ORDERED** directing the Clerk of Court to update the contact information for Defendant Phong Huy Ding to reflect the following address:

> Phong Huy Dinh
> 5214 East Nicholas Place
> Scottsdale, AZ 85254
> Pdinh480@gmail.com
> pdinh480@yahoo.com
> (480) 390-0922

Dated this 3rd day of June, 2025.

Honorable Sharad H. Desai
United States District Judge